Case 2:10-cv-04400-KSH   Document 1-5   Filed 08/26/10   Page 1 of 1 PageID: 27

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DENISE BROWN,                           :        Civil Action    10-4400(KSH)

                        Plaintiff,      :

          -vs-                          :             ORDER

COMMISSIONER OF SOCIAL                  :
SECURITY,
                                        :
                        Defendant.      :

                                        :

        Upon reading the affidavit of Plaintiff requesting that she be permitted to

proceed *in forma pauperis*;

        IT IS on this       day of September , 2010;

        ORDERED that Plaintiff be permitted to proceed without prepayment of fees or costs or

security therefor, in accordance with Section 1915 (a), Title 28, United States Code; and it is

further

        ORDERED that the Clerk shall file the Complaint without prepayment of the filing fee;

and it is further

        ORDERED that the Clerk of the Court shall issue a summons, and the United States

Marshal shall serve a copy of the complaint and summons upon Defendant, pursuant to 28

U.S.C. §1915(d), with all costs of service advanced by the United States.



                                        _____
                                        KATHARINE S. HAYDEN,  U.S.D.J.


                                                          DNJ-Civ-011